THE HONORABLE JAMES L ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STACY PENNING, SUNGGIL HONG, LAURA BONETTI, JONATHAN FINESTONE, TANISHA DANTIGNAC, and ROBERT MASON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | Case No. 2:25-cv-00570-JLR<br><br>JOINT RESPONSE TO ORDER TO SHOW CAUSE AND STIPULATED MOTION AND [~~PROPOSED~~] ORDER TO STAY PENDING RELATED APPEAL |

JOINT RESPONSE TO ORDER TO SHOW
CAUSE AND MOTION TO STAY– 1
(No. 2:25-cv-00570-JLR)

**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

Plaintiffs Stacy Penning, Sunggil Hong, Laura Bonetti, Jonathan Finestone, Tanisha Dantignac, And Robert Mason ("Plaintiffs") and Defendant, Microsoft Corporation (collectively, "the Parties"), by and through their undersigned counsel, hereby jointly respond to the Court's order to show cause why the Court should not stay the above-captioned matter pending the issuance of a mandate in *Popa v. PSP Grp. LLC*, No. 24-14 (9th Cir. Jan. 16, 2025) ("the *Popa* Action"). *See* Dkt. 16. The Parties have conferred and agree that the Court should enter an order staying this case for all purposes until final resolution of the appeal in the *Popa* Action, as set forth below.

1. On June 23, 2025, Defendant Microsoft Corporation filed a Motion to Dismiss Plaintiffs' Complaint asserting that Plaintiffs lack Article III standing and that they have failed to state a claim under Rule 12(b)(6). Dkt. 14.

2. On June 24, 2025, the Court issued an order for the Parties to show cause why the Court should not stay the case pending the issuance of a mandate in the *Popa* Action, noting that "it is the view of the court that a stay of this action pending the resolution of the *Popa* appeal will further the interests of judicial economy and minimize the risk of inconsistent rulings." Dkt. 16.

3. Given the Article III arguments raised in Microsoft's Motion to Dismiss, the Parties agree that this case should be stayed for all purposes until final resolution of the appeal in the *Popa* Action.[1]

THEREFORE, the parties respectfully request that the Court enter the attached proposed order stating the following:

1. This case shall be stayed for all purposes until final resolution of the appeal in the *Popa* Action, including any rehearing, certiorari, or further appeals.

---

[1] Plaintiffs do not believe the arguments in Microsoft's Motion to Dismiss have merit and it is Plaintiffs' position that they have plausibly stated their claims and have alleged Article III standing. However, Plaintiffs agree that the resolution of the *Popa* appeal is likely to further the interests of judicial economy and clarify legal issues raised in Microsoft's Motion, thus warranting a stay.

JOINT RESPONSE TO ORDER TO SHOW
CAUSE AND MOTION TO STAY – 2
(No. 2:25-cv-00570-JLR)

Perkins Coie LLP
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

2. The Parties shall file a joint status report within thirty (30) days of final resolution of the appeal in the *Popa* Action indicating the Parties' position(s) on scheduling and how the case should proceed.

Respectfully submitted this 30th day of June, 2025.

/s/ Nicola Menaldo
Nicola Menaldo, WSBA No. 44459
Jordan C. Harris, WSBA No. 55499
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Email: NMenaldo@perkinscoie.com
         JordanHarris@perkinscoie.com

James G. Snell (*pro hac vice*)
**PERKINS COIE LLP**
3150 Porter Drive
Palo Alto, California 94304-1212
Telephone: (650) 838-4300
Email: JSnell@perkinscoie.com

Justin Potesta (*pro hac vice*)
**PERKINS COIE LLP**
405 Colorado Street, Suite 1700
Austin, TX 78701
Telephone: (737) 256.6137
Email: jpotesta@perkinscoie.com

*Attorneys for Defendant Microsoft Corporation*

/s/ Wright A. Noel
**CARSON NOEL PLLC**
Wright A. Noel (WSBA #25264)
20 Sixth Avenue NE
Issaquah, WA 98027
Telephone: (425) 395-7786
Email: wright@carsonnoel.com

Philip L. Fraietta (*pro hac vice* forthcoming)
Max S. Roberts (*pro hac vice* forthcoming)
Victoria X. Zhou (*pro hac vice* forthcoming)
**BURSOR & FISHER, P.A.**
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019

JOINT RESPONSE TO ORDER TO SHOW
CAUSE AND MOTION TO STAY – 3
(No. 2:25-cv-00570-JLR)

Perkins Coie LLP
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

1  Telephone: (646) 837-7408
   Email: pfraietta@bursor.com
2          mroberts@bursor.com
           vzhou@bursor.com
3
   **BURSOR & FISHER, P.A.**
4  Joshua R. Wilner (*pro hac vice* forthcoming)
   1990 North California Blvd., 9th Floor
5  Walnut Creek, CA 94596
   Telephone: (925) 300-4455
6  E-mail: jwilner@bursor.com

7  *Attorneys for Plaintiffs and the Putative Class*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

JOINT RESPONSE TO ORDER TO SHOW
CAUSE AND MOTION TO STAY – 4
(No. 2:25-cv-00570-JLR)

**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

| | |
|---|---|
| 1 | IT IS SO ORDERED. |
| 2 | The Clerk is DIRECTED to remove Microsoft's Motion to Dismiss (Dkt. # 14) from the court's |
| 3 | motions calendar. |
| 5 | DATED THIS 3rd day of July, 2025. |

HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

Nicola Menaldo, WSBA No. 44459
Jordan Harris, WSBA No. 55499
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Email: NMenaldo@perkinscoie.com
   JordanHarris@perkinscoie.com

James G. Snell (*pro hac vice*)
**PERKINS COIE LLP**
3150 Porter Drive
Palo Alto, California 94304-1212
Telephone: (650) 838-4300
Email: JSnell@perkinscoie.com

Justin Potesta (*pro hac vice*)
**PERKINS COIE LLP**
405 Colorado Street, Suite 1700
Austin, TX 78701
Telephone: (737) 256.6137
Email: jpotesta@perkinscoie.com

*Attorneys for Defendant Microsoft Corporation*

**CARSON NOEL PLLC**
Wright A. Noel (WSBA #25264)
20 Sixth Avenue NE
Issaquah, WA 98027
Telephone: (425) 395-7786
Email: wright@carsonnoel.com

JOINT RESPONSE TO ORDER TO SHOW
CAUSE AND MOTION TO STAY
(No. 2:25-cv-00570-JLR)

Perkins Coie LLP
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

Philip L. Fraietta (*pro hac vice* forthcoming)
Max S. Roberts (*pro hac vice* forthcoming)
Victoria X. Zhou (*pro hac vice* forthcoming)
**BURSOR & FISHER, P.A.**
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7408
Email: pfraietta@bursor.com
       mroberts@bursor.com
       vzhou@bursor.com

Joshua R. Wilner
**BURSOR & FISHER, P.A.**
Joshua R. Wilner (*pro hac vice* forthcoming)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
E-mail: jwilner@bursor.com

*Attorneys for Plaintiffs and the Putative Class*

JOINT RESPONSE TO ORDER TO SHOW
CAUSE AND MOTION TO STAY
(No. 2:25-cv-00570-JLR) –6

**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000