**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| STACY PENNING, SUNGGIL HONG, LAURA BONETTI, JONATHAN FINESTONE, TANISHA DANTIGNAC, and ROBERT MASON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | Case No. 2:25-cv-00570-JLR<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL** |

Plaintiffs, Stacy Penning, Sunggil Hong, Laura Bonetti, Jonathan Finestone, Tanisha Dantignac, and Robert Mason hereby dismiss this action, without prejudice, under Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: September 25, 2025

By: */s/ Wright A. Noel*
 Wright A. Noel

**CARSON & NOEL PLLC**
Wright A. Noel
20 Sixth Avenue Northeast,
Issaquah, WA 98027
Telephone: (425) 395-7786
E-Mail: wright@carsonnoel.com

**BURSOR & FISHER, P.A.**
Philip L. Fraietta (*Pro Hac Vice forthcoming*)
Max S. Roberts (*Pro Hac Vice forthcoming*)
Victoria X. Zhou (*Pro Hac Vice forthcoming*)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-Mail: pfraeitta@bursor.com
 mroberts@bursor.com
 vzhou@bursor.com

**BURSOR & FISHER, P.A.**
Joshua R. Wilner (*Pro Hac Vice forthcoming*)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: jwilner@bursor.com

*Attorneys for Plaintiffs*